UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER BETANCOURTH,<br><br>        Plaintiff<br><br>   v.<br><br>PENNSYLVANIA CORRECTIONS OFFICER KNORR, et al.,<br><br>        Defendants. | CIVIL ACTION NO. 3:22-CV-60<br><br>(MEHALCHICK, M.J.) |

## **CASE MANAGEMENT ORDER**

AND NOW, this 1st day of June, 2022, having heard from the parties on a Joint Case Management Conference, IT IS HEREBY ORDERED that the following case management deadlines are established in the above-captioned matter:

1. **Joinder and Amendment.** The final date by which the Plaintiff and Defendants may join additional parties is December 16, 2022. The final date by which the Plaintiff and Defendants may amend the pleadings is March 24, 2023.

2. **Discovery.** All discovery shall be completed by March 10, 2023. The parties are reminded that the Court expects counsel to make all reasonable efforts to resolve discovery disputes without Court involvement, and that a conference with the Court should be initiated prior to any discovery motion being filed. Per the parties' case management plan and the case management conference held before the Court, the parties agree to the following discovery parameters:

    a. <u>Depositions.</u> Plaintiff shall be allowed 15 depositions. Defendants, collectively, shall be allowed 15 depositions.

    b. <u>Interrogatories.</u> Plaintiff shall be allowed to serve 25 interrogatories. Each Defendant shall be allowed to serve 25 interrogatories.

   c. <u>Requests for Production</u>: Plaintiff shall be allowed to serve 25 requests for production of documents. Each Defendant shall be allowed to serve 25 requests for production of documents.

   d. <u>Requests for Admission</u>: Plaintiff shall be allowed to serve 25 requests for admission. Each Defendant shall be allowed to serve 25 requests for admission.

3. **<u>Settlement</u>.** Parties will advise the Court on or before the close of discovery as to the status of settlement negotiations and whether there is interest by the parties in scheduling a settlement conference.

4. **<u>Expert Discovery</u>.**

   a. Plaintiff's Rule 26(a)(2) disclosures shall be made by March 28, 2023.

   b. Defendants' Rule 26(a)(2) disclosures shall be made by April 28, 2023.

   c. Any supplemental expert disclosures shall be produced by May 12, 2023.

   d. All expert witness depositions shall be completed by May 12, 2023.

5. **<u>Dispositive Motions</u>.** All dispositive motions, together with supporting briefs, shall be filed by May 26, 2023.

6. **<u>Pre-Trial Conference and Trial</u>.**

   This case for jury selection and trial on Monday, August 21, 2023 at 9:30 AM and a final pre-trial conference will be scheduled for Monday, July 17, 2023 at 10:00 AM in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania.

BY THE COURT:

<u>Date:  June 1, 2022</u>

*/s/ Karoline Mehalchick*
KAROLINE MEHALCHICK
United States Magistrate Judge

2