IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER BETANCOURTH, | : | |
| Plaintiff | : | No. 3:22-CV-0060 |
| | : | |
| v. | : | Judge Mehalchick |
| | : | |
| PENNSYLVANIA CORRECTIONS OFFICER KNORR and JOHN DOE(S), | : | Electronically Filed Document |
| | : | |
| | : | *Complaint Filed 01/11/22* |
| Defendants | : | |

**ORDER**

AND NOW, this 13th day of March, 2023, upon consideration of the Motion for Extension of Time to Complete Discovery, it is hereby ORDERED that the Motion is GRANTED. Discovery shall be completed by May 9, 2023. Plaintiff's expert reports are due by May 30, 2023. Defendant's expert reports are due by June 29, 2023. Final expert discovery is due by July 13, 2023. Any dispositive motions shall be filed by July 27, 2023. Any trial scheduling will be done by separate other after the disposition of dispositive motions, if any.

*Karoline Mehalchick*

**HONORABLE KAROLINE MEHALCHICK**
**United States District Chief Magistrate Judge**